**Fill in this information to identify the case:**

Debtor 1      Gerald E Winslow

Debtor 2      Germaine Winslow
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   23-13891

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:  6 0 4 8

**Date of payment change:**
Must be at least 21 days after date of this notice     02/15/2024

**New total payment:**
Principal, interest, and escrow, if any     $ 1,387.08

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect*.)

   Reason for change: Daily Simple Interest Accrual for Billing Period

   Current mortgage payment: $ 1,387.23     New mortgage payment: $ 1,387.08

| Debtor 1 | Gerald E Winslow | Case number (*if known*) 23-13891 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/  Christine Kinderdine                    Date  01/23/2024
Signature

Print:   Christine Kinderdine                   Title  Bankruptcy Specialist
         First Name   Middle Name   Last Name

Company:  PNC Bank, N.A.

Address:  PO Box 94982
          Number   Street
          Cleveland          OH     44101
          City               State  ZIP Code

Contact phone  855-245-3814              Email  bankruptcy.administration.internal@pnc.com

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| IN RE: Gerald E Winslow<br><br>Germaine Winslow | Case No. 23-13891<br>Judge    Patricia M. Mayer<br>Chapter  13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 01/23/2024 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: PAUL H. YOUNG
Trustee: KENNETH E. WEST
Office of the United States Trustee

Further, I certify that, on 01/23/2024 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

| Gerald E Winslow | 12 Armstrong Circle<br>Newtown, PA 18940 |
|---|---|
| Germaine Winslow | 12 Armstrong Circle<br>Newtown, PA 18940 |

By: /s/ Christine Kinderdine
Christine Kinderdine
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814