| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KJ / EQW 25518541 | 01/300 | 4062071 | 1 of 1 |

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

# Earnings Statement

ADP

Period Starting: 11/06/2023
Period Ending: 11/19/2023
Pay Date: 11/24/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  300.00 Addnl
  State:
  Local:

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4166.67 | 100000.08 |
| Bonus | | | 0.00 | 7670.52 |
| Gross Pay | | | $4,166.67 | $107,670.60 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -637.23 | 16902.05 |
| Social Security | -258.34 | 6675.58 |
| Medicare | -60.41 | 1561.22 |
| Pennsylvania State Income | -127.92 | 3305.55 |
| Pennsylvania State UI | -2.92 | 75.38 |
| Newtown T Local Income | -41.67 | 1076.78 |
| Newtown Boro Local | -2.00 | 48.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA $ | -150.00 | 3600.00 |

| Net Pay | | $2,886.18 |
|---|---|---|

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2886.18 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $4,016.67
* Excluded from Federal taxable wages

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

Pay Date:   11/24/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2807 | XXXXXXXXX | 2886.18 |

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| KJ / EQW 25518541 | 01/300 | 4026056 | 1 of 1 | | |

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

Period Starting: 10/23/2023
Period Ending: 11/05/2023
Pay Date: 11/10/2023

Taxable Filing Status: Married
Exemptions/Allowances:
   Federal:   Std W/H Table
   State:   0
   Local:   0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal:   300.00 Addnl
   State:
   Local:

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4166.67 | 95833.41 |
| Bonus | | | 0.00 | 7670.52 |
| **Gross Pay** | | | **$4,166.67** | **$103,503.93** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -637.23 | 16264.82 |
| Social Security | -258.33 | 6417.24 |
| Medicare | -60.42 | 1500.81 |
| Pennsylvania State Income | -127.92 | 3177.63 |
| Pennsylvania State UI | -2.92 | 72.46 |
| Newtown T Local Income | -41.67 | 1035.11 |
| Newtown Boro Local | -2.00 | 46.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA $ | -150.00 | 3450.00 |

| **Net Pay** | | **$2,886.18** |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2886.18 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $4,016.67
* Excluded from Federal taxable wages

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

Pay Date: 11/10/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2807 | XXXXXXXXX | 2886.18 |

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KJ / EQW 25518541 | 01/300 | 3988140 | 1 of 1 |

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

**Earnings Statement**

ADP

Period Starting: 10/09/2023
Period Ending: 10/22/2023
Pay Date: 10/27/2023

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal:    Std W/H Table
 State:    0
 Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:    300.00 Addnl
 State:
 Local:

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4166.67 | 91666.74 |
| Bonus | | | 0.00 | 7670.52 |
| Gross Pay | | | $4,166.67 | $99,337.26 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -637.23 | 15627.59 |
| Social Security | -258.33 | 6158.91 |
| Medicare | -60.42 | 1440.39 |
| Pennsylvania State Income | -127.92 | 3049.71 |
| Pennsylvania State UI | -2.91 | 69.54 |
| Newtown T Local Income | -41.67 | 993.44 |
| Newtown Boro Local | -2.00 | 44.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA $ | -150.00 | 3300.00 |

| Net Pay | | $2,886.19 |
|---|---|---|

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2886.19 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $4,016.67
* Excluded from Federal taxable wages

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

Pay Date:    10/27/2023

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2886.19 |

THIS IS NOT A CHECK

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KJ / EQW 25518541 | 01/300 | 3947924 | 1 of 1 |

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

## Earnings Statement 

Period Starting: 09/25/2023
Period Ending: 10/08/2023
Pay Date: 10/13/2023

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 300.00 Addnl
 State:
 Local:

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4166.67 | 87500.07 |
| Bonus | | | 0.00 | 7670.52 |
| **Gross Pay** | | | **$4,166.67** | **$95,170.59** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -637.23 | 14990.36 |
| Social Security | -258.34 | 5900.58 |
| Medicare | -60.41 | 1379.97 |
| Pennsylvania State Income | -127.92 | 2921.79 |
| Pennsylvania State UI | -2.92 | 66.63 |
| Newtown T Local Income | -41.67 | 951.77 |
| Newtown Boro Local | -2.00 | 42.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA $ | -150.00 | 3150.00 |

| **Net Pay** | | **$2,886.18** |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2886.18 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $4,016.67
* Excluded from Federal taxable wages

---

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

**Pay Date:**    10/13/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2807 | XXXXXXXXX | 2886.18 |

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940