Council Rock School District, Newtown, PA 18940                                                         Advice Amount: $1,860.67

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 5618 | GERMAINE WINSLOW | WRIGHTSTOWN ELEMENTARY SCH (480) | SEMI-MONTH | 11/30/2023 | 11/30/2023 | 1431164 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| 12 MO SUPP | $0.00 | 0.00 | $2,468.06 | $24,680.60 | FICA | $158.77 | $3,296.18 |
| ADDL HOURS 10/22-11/4/2023 | $0.00 | 5.00 | $152.50 | $1,960.46 | MED | $37.13 | $770.85 |
| OT 1.5 10/22-11/4/2023 | $0.00 | 1.25 | $57.19 | $274.23 | HLTHCRESPA | $116.53 | $2,641.26 |
| 12 MO SUPP | $0.00 | 0.00 | $0.00 | $28,899.96 | VISIONCRESPA | $0.44 | $9.68 |
| TOTAL | | 6.25 | $2,677.75 | $55,815.25 | FED INC TAX | $169.35 | $3,373.05 |
| | | | | | PA ST TAX | $78.62 | $1,632.15 |
| | | | | | WRIGHT WAGE | $25.61 | $531.65 |
| | | | | | RETIREMENT | $200.83 | $4,186.12 |
| | | | | | WRIGHT OPT | $0.00 | $10.00 |
| | | | | | PA UNEMP | $1.87 | $39.09 |
| | | | | | CRESPA DUES | $27.92 | $358.76 |
| | | | | | TOTAL | $817.08 | $16,848.79 |

| DEPOSITS | | |
|---|---|---|
| PNC | | $1,860.67 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 1 | $0.00 |
| State | M | 1 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $2,359.95 | $48,978.19 |
| Gross Pay | $2,677.75 | $55,815.25 |
| Deductions | $817.08 | $16,848.79 |
| Net Pay | $1,860.67 | $38,966.46 |



Council Rock School District
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 11/30/2023            Advice Number: 1431164

*** One Thousand Eight Hundred And Sixty Dollars And Sixty-Seven Cents ***            $1,860.67

Pay To The Order Of
GERMAINE WINSLOW
12 ARMSTRONG CIRCLE
NEWTOWN, PA 18940

**DIRECT DEPOSIT NON-NEGOTIABLE**

Council Rock School District, Newtown, PA 18940                    Advice Amount: $1,858.01

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 5618 | GERMAINE WINSLOW | WRIGHTSTOWN ELEMENTARY SCH (480) | SEMI-MONTH | 11/15/2023 | 11/15/2023 | 1429685 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| 12 MO SUPP | $0.00 | 0.00 | $2,468.06 | $22,212.54 |
| ADDL HOURS | $0.00 | 4.50 | $137.25 | $1,807.96 |
| OT 1.5 | $0.00 | 1.50 | $68.63 | $217.04 |
| 12 MO SUPP | $0.00 | 0.00 | $0.00 | $28,899.96 |
| TOTAL |  | 6 | $2,673.94 | $53,137.50 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FICA | $158.53 | $3,137.41 |
| MED | $37.08 | $733.72 |
| HLTHCRESPA | $116.53 | $2,524.73 |
| VISIONCRESPA | $0.44 | $9.24 |
| FED INC TAX | $168.94 | $3,203.69 |
| PA ST TAX | $78.50 | $1,553.53 |
| WRIGHT WAGE | $25.57 | $506.04 |
| RETIREMENT | $200.55 | $3,985.29 |
| WRIGHT OPT | $0.00 | $10.00 |
| PA UNEMP | $1.87 | $37.22 |
| CRESPA DUES | $27.92 | $330.84 |
| TOTAL | $815.93 | $16,031.71 |

| DEPOSITS | | |
|---|---|---|
| PNC |  | $1,858.01 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
|  | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 1 | $0.00 |
| State | M | 1 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $2,356.42 | $46,618.24 |
| Gross Pay | $2,673.94 | $53,137.50 |
| Deductions | $815.93 | $16,031.71 |
| Net Pay | $1,858.01 | $37,105.79 |



Council Rock School District
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

**COUNCIL ROCK SCHOOL DISTRICT**

Advice Date: 11/15/2023          Advice Number: 1429685

*** One Thousand Eight Hundred And Fifty-Eight Dollars And One Cents ***          $1,858.01

Pay To The Order Of  GERMAINE WINSLOW
12 ARMSTRONG CIRCLE
NEWTOWN, PA 18940

**DIRECT DEPOSIT
NON-NEGOTIABLE**