| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KJ / EQW 25518541 | 01/300 | 4179981 | 1 of 1 |

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

**Earnings Statement** 

Period Starting: 12/18/2023
Period Ending: 12/31/2023
Pay Date: 01/05/2024

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal:  Std W/H Table
 State:  0
 Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:  300.00 Addnl
 State:
 Local:

**Gerald E Winslow**
**12 Armstrong Circle**
**Newtown, PA 18940**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4166.67 | 4166.67 |
| Gross Pay | | | $4,166.67 | $4,166.67 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -629.39 | 629.39 |
| Social Security | -258.33 | 258.33 |
| Medicare | -60.42 | 60.42 |
| Pennsylvania State Income | -127.92 | 127.92 |
| Pennsylvania State UI | -2.92 | 2.92 |
| Newtown T Local Income | -41.67 | 41.67 |
| Newtown Boro Local | -2.00 | 2.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA $ | -150.00 | 150.00 |

| Net Pay | | $2,894.02 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2894.02 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $4,016.67
* Excluded from Federal taxable wages

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

**Pay Date:**    01/05/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2807 | XXXXXXXXX | 2894.02 |

**THIS IS NOT A CHECK**

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KJ / EQW 25518541 | 01/300 | 4142967 | 1 of 1 |

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

**Earnings Statement**

ADP

Period Starting: 12/04/2023
Period Ending: 12/17/2023
Pay Date: 12/22/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 300.00 Addnl
  State:
  Local:

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4166.67 | 108333.42 |
| Bonus | | | 0.00 | 7670.52 |
| Gross Pay | | | $4,166.67 | $116,003.94 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -637.23 | 18176.51 |
| Social Security | -258.33 | 7192.24 |
| Medicare | -60.42 | 1682.06 |
| Pennsylvania State Income | -127.92 | 3561.39 |
| Pennsylvania State UI | -2.92 | 81.21 |
| Newtown T Local Income | -41.67 | 1160.12 |
| Newtown Boro Local | -2.00 | 52.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA $ | -150.00 | 3900.00 |

| Net Pay | | $2,886.18 |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2886.18 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $4,016.67
* Excluded from Federal taxable wages

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

Pay Date: 12/22/2023

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2886.18 |

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KJ / EQW 25518541 | 01/300 | 4103586 | 1 of 1 |

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

**Earnings Statement**

ADP

Period Starting: 11/20/2023
Period Ending: 12/03/2023
Pay Date: 12/08/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:    300.00 Addnl
  State:
  Local:

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 4166.67 | 104166.75 |
| Bonus |  |  | 0.00 | 7670.52 |
| Gross Pay |  |  | $4,166.67 | $111,837.27 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -637.23 | 17539.28 |
| Social Security | -258.33 | 6933.91 |
| Medicare | -60.42 | 1621.64 |
| Pennsylvania State Income | -127.92 | 3433.47 |
| Pennsylvania State UI | -2.91 | 78.29 |
| Newtown T Local Income | -41.67 | 1118.45 |
| Newtown Boro Local | -2.00 | 50.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *SIMPLE IRA $ | -150.00 | 3750.00 |

| Net Pay |  | $2,886.19 |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2807 | XXXXXXXXX | 2886.19 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $4,016.67
* Excluded from Federal taxable wages

Newtown Office & Computer Supp
31 Friends Lane
Newtown, PA 18940

Pay Date:     12/08/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2807 | XXXXXXXXX | 2886.19 |

Gerald E Winslow
12 Armstrong Circle
Newtown, PA 18940