Council Rock School District, Newtown, PA 18940

Advice Amount: $1,932.32

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 5618 | GERMAINE WINSLOW | WRIGHTSTOWN ELEMENTARY SCH (480) | SEMI-MONTH | 12/29/2023 | 12/31/2023 | 1434103 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| 12 MO SUPP | $0.00 | 0.00 | $2,468.06 | $29,616.72 |
| ADDL HOURS 11/19-12/9/23 | $0.00 | 6.50 | $198.25 | $2,265.46 |
| OT 1.5 11/19-12/9/23 | $0.00 | 2.50 | $114.38 | $400.05 |
| 12 MO SUPP | $0.00 | 0.00 | $0.00 | $28,899.96 |
| TOTAL | | 9 | $2,780.69 | $61,182.19 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FICA | $165.15 | $3,614.43 |
| MED | $38.62 | $845.27 |
| HLTHCRESPA | $116.53 | $2,874.32 |
| VISIONCRESPA | $0.44 | $10.56 |
| FED INC TAX | $180.79 | $3,713.04 |
| PA ST TAX | $81.78 | $1,789.74 |
| WRIGHT WAGE | $26.64 | $582.98 |
| RETIREMENT | $208.55 | $4,588.64 |
| WRIGHT OPT | $0.00 | $10.00 |
| PA UNEMP | $1.95 | $42.85 |
| CRESPA DUES | $27.92 | $414.60 |
| TOTAL | $848.37 | $18,486.43 |

| DEPOSITS | |
|---|---|
| PNC | $1,932.32 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 1 | $0.00 |
| State | M | 1 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $2,455.17 | $53,708.67 |
| Gross Pay | $2,780.69 | $61,182.19 |
| Deductions | $848.37 | $18,486.43 |
| Net Pay | $1,932.32 | $42,695.76 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 12/29/2023    Advice Number: 1434103

*** One Thousand Nine Hundred And Thirty-Two Dollars And Thirty-Two Cents ***    $1,932.32

Pay To The Order Of: GERMAINE WINSLOW
12 ARMSTRONG CIRCLE
NEWTOWN, PA 18940

**DIRECT DEPOSIT
NON-NEGOTIABLE**

Council Rock School District, Newtown, PA 18940 — Advice Amount: $1,796.98

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 5618 | GERMAINE WINSLOW | WRIGHTSTOWN ELEMENTARY SCH (480) | SEMI-MONTH | 12/15/2023 | 12/15/2023 | 1432634 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| 12 MO SUPP | $0.00 | 0.00 | $2,468.06 | $27,148.66 |
| ADDL HOURS 11/5-11/18/2023 | $0.00 | 3.50 | $106.75 | $2,067.21 |
| OT 1.5 11/5-11/18/2023 | $0.00 | 0.25 | $11.44 | $285.67 |
| 12 MO SUPP | $0.00 | 0.00 | $0.00 | $28,899.96 |
| TOTAL | | 3.75 | $2,586.25 | $58,401.50 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FICA | $153.10 | $3,449.28 |
| MED | $35.80 | $806.65 |
| HLTHCRESPA | $116.53 | $2,757.79 |
| VISIONCRESPA | $0.44 | $10.12 |
| FED INC TAX | $159.20 | $3,532.25 |
| PA ST TAX | $75.81 | $1,707.96 |
| WRIGHT WAGE | $24.69 | $556.34 |
| RETIREMENT | $193.97 | $4,380.09 |
| WRIGHT OPT | $0.00 | $10.00 |
| PA UNEMP | $1.81 | $40.90 |
| CRESPA DUES | $27.92 | $386.68 |
| TOTAL | $789.27 | $17,638.06 |

| DEPOSITS | |
|---|---|
| PNC | $1,796.98 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 1 | $0.00 |
| State | M | 1 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $2,275.31 | $51,253.50 |
| Gross Pay | $2,586.25 | $58,401.50 |
| Deductions | $789.27 | $17,638.06 |
| Net Pay | $1,796.98 | $40,763.44 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 12/15/2023
Advice Number: 1432634

*** One Thousand Seven Hundred And Ninety-Six Dollars And Ninety-Eight Cents ***    $1,796.98

Pay To The Order Of:
GERMAINE WINSLOW
12 ARMSTRONG CIRCLE
NEWTOWN, PA 18940

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**