**Fill in this information to identify the case:**

Debtor 1     Gerald E Winslow

Debtor 2     Germaine Winslow
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    23-13891

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:  6 0 4 8

**Date of payment change:**
Must be at least 21 days after date of this notice     03/15/2024

**New total payment:**
Principal, interest, and escrow, if any     $ 1,392.19

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____           New escrow payment:  $ _____

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%           New interest rate:  _____%

   Current principal and interest payment:  $ _____     New principal and interest payment:  $ _____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:  Daily Simple Interest Accrual for Billing Period

   Current mortgage payment:  $ 1,387.08           New mortgage payment:  $ 1,392.19

Official Form 410S1                          **Notice of Mortgage Payment Change**                          page 1

Debtor 1  **Gerald E Winslow**
First Name   Middle Name   Last Name

Case number (*if known*) 23-13891

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /S/ Stephani Schul
Signature

Date 02/22/2024

Print: **Stephani Schul**
First Name   Middle Name   Last Name

Title **Bankruptcy Specialist**

Company **PNC Bank, N.A.**

Address **PO Box 94982**
Number   Street

**Cleveland**      **OH**   **44101**
City         State   ZIP Code

Contact phone 855-245-3814

Email bankruptcy.administration.internal@pnc.com

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| IN RE: Gerald E Winslow<br><br>Germaine Winslow | Case No. 23-13891<br>Judge    Patricia M. Mayer<br>Chapter  13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 02/22/2024 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: PAUL H. YOUNG
Trustee: KENNETH E. WEST
Office of the United States Trustee

Further, I certify that, on 02/22/2024 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Gerald E Winslow         12 Armstrong Circle
                         Newtown, PA 18940

Germaine Winslow         12 Armstrong Circle
                         Newtown, PA 18940

By: /s/ Stephani Schul
Stephani Schul
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814