United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13891-pmm |
| Gerald E Winslow | Chapter 13 |
| Germaine Winslow | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 23, 2024 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald E Winslow, Germaine Winslow, 12 Armstrong Circle, Newtown, PA 18940-1865 |
| 14845897 | + | PNC Bank National Association, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14841749 | | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14841740 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 24 2024 00:15:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14841739 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 24 2024 00:15:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14861885 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 24 2024 00:15:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14841744 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2024 00:23:31 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14841743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2024 00:23:29 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14841747 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 24 2024 00:16:00 | Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 14843850 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 24 2024 00:16:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14841745 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 24 2024 00:16:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 14841746 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 24 2024 00:16:00 | Hyundai Motor Finance, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 14841741 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2024 00:36:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14841742 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2024 00:37:04 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14848384 | + | Email/Text: RASEBN@raslg.com | Jul 24 2024 00:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14858989 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 00:24:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 14859248 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 24 2024 00:15:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14858003 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 24 2024 00:15:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14841748 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 24 2024 00:15:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14841750 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 24 2024 00:15:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 14841751 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 24 2024 00:15:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14845630 | ^ MEBN | Jul 24 2024 00:09:21 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14852321 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 00:25:25 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14852318 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 00:23:31 | Sofi Consumer Loan Program 2022-1S Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14841752 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jul 24 2024 00:24:27 | Sofi Lending Corp, Attn: Bankruptcy, Po Box 654158, Dallas, TX 75265-4158 |
| 14841753 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jul 24 2024 00:23:37 | Sofi Lending Corp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 14846842 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 24 2024 00:15:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 14841755 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 24 2024 00:15:00 | US Bank/Guidance Residential, P.o. Box 21977, Eagan, MN 55121 |
| 14841754 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 24 2024 00:16:00 | US Bank/Guidance Residential, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14841756 | + Email/Text: support@ymalaw.com | Jul 24 2024 00:16:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14846704 | *+ | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 23, 2024 | Form ID: 155 | Total Noticed: 30 |

Date: Jul 25, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

PAUL H. YOUNG
on behalf of Debtor Gerald E Winslow support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
on behalf of Joint Debtor Germaine Winslow support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Gerald E Winslow<br><br>　Germaine Winslow<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13891−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

　**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

　**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 23, 2024　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court